IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

COREY M. TURNER                                                                                          PLAINTIFF

      v.                                Civil No. 6:13-cv-06123

DREAM REDDIC YOUNG,
Administrator, CMS/Corizon;
NURSE WATSON, CMS/Corizon;
and NURSE LOCK, CMS/Corizon                                                                  DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights case filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis*. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2014), the Honorable Robert T. Dawson, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation.

When the Court attempted to serve Nurse Watson and Nurse Lock the summons came back unexecuted. The United States Marshal Service (ECF No. 6) was told that either the first name or more information was needed to correctly identify these Defendants.

An order (ECF No. 18) was entered on February 27, 2014, advising Plaintiff that additional information was needed before Nurse Watson and Nurse Lock could be served. Plaintiff was advised that if he did not know, or could not determine, what the first names of these nurses are, he was to provide the Court with any information he had that would aide in identifying these individuals.

Plaintiff has failed to respond to the order. He has not requested additional time to respond to the order. The Court order has not been returned as undeliverable. Plaintiff has not communicated with the Court in anyway.

I therefore recommend that this case be dismissed with prejudice based on Plaintiff's failure to obey the order of the Court and his failure to prosecute this action.  Fed. R. Civ. P. 41(b).

**The parties have fourteen (14)  days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 19th day of May 2014.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE