```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                    HOT SPRINGS DIVISION
```

COREY M. TURNER                                              PLAINTIFF

    V.                    Civil No. 13-6123

DREAM REDDIC YOUNG, *et al.*                                 DEFENDANTS

## O R D E R

On this 7th day of July 2014, there comes on for consideration the report and recommendation filed in this case on May 19, 2014, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 19). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute and for failure to obey the orders of this Court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

```
                           /s/ Robert T. Dawson
                           Honorable Robert T. Dawson
                           United States District Judge
```

**AO72A**
**(Rev. 8/82)**